

FILED SEP 9'25 PM 12:53
MDGA-MAC

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**Desiree Knight,**
Plaintiff,

v.

**Bibb County School District,** Defendant.

Civil Action No.: _____

# COMPLAINT

### 1. Jurisdiction and Venue

This Court has jurisdiction under **28 U.S.C. § 1331** and **28 U.S.C. § 1343(a)(3)** because this action arises under federal law, specifically Title II of the Americans with Disabilities Act (42 U.S.C. § 12131 et seq.) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794).

The Court has supplemental jurisdiction under **28 U.S.C. § 1367** over Plaintiff's state-law claim for breach of the June 18, 2025 Mediation Agreement because that claim arises from the same case or controversy as the federal claims. Defendant itself stated in its Response to Plaintiff's due process complaint that any breach claim must be filed in state or federal court. Plaintiff brings this breach claim in reliance on Defendant's own statement.

Venue is proper in this Court under **28 U.S.C. § 1391(b)** because the events giving rise to this action occurred in Bibb County, Georgia, where Defendant is located.

### 2. Parties

- **Plaintiff:** Desiree Knight, 3939 Mathis Street, Macon, GA 31206. Plaintiff is a qualified individual with disabilities, including ADHD and anxiety, which substantially limit major life activities such as concentration, communication, and managing stress. Plaintiff brings this action on her own behalf.
- **Defendant:** Bibb County School District, 484 Mulberry Street, Macon, GA 31201. Defendant is a local education agency and public entity subject to Title II of the ADA and a recipient of federal financial assistance subject to Section 504.

## 3. Statement of Facts

1. On June 18, 2025, Plaintiff and Defendant entered into a Mediation Agreement resolving certain disputes. The agreement did not waive Plaintiff's right to bring claims for violations occurring afterward.
2. Following June 18, 2025, Principal **Betty Anderson** failed to respond to Plaintiff's communications and instead redirected her through other staff, creating barriers to meaningful participation.
3. On August 19, 2025, **Tilnisha Rosser** acknowledged Plaintiff's request for educational records, but Defendant did not provide the records before the September 4, 2025 resolution meeting. When eventually provided, the records were incomplete, missing meeting notes and service logs.
4. On or about August 19, 2025, **Tatyana Manard** called Plaintiff, used a passive aggressive and accusational tone, and pressured Plaintiff to withdraw her pending complaint. Plaintiff never agreed to withdraw.
5. On July 22, 2025, Defendant issued a meeting notice listing numerous participants for an IEP meeting. At the meeting, fewer than the listed participants were present, the session lasted less than ten minutes, and Plaintiff was told the IEP was "already complete."
6. On August 4, 2025, Plaintiff had to specifically request the IEP in order to pursue ABA therapy. The IEP provided was outdated and incomplete, causing Plaintiff embarrassment and humiliation when presenting it to outside providers.
7. Defendant's actions—including failure to provide timely and complete records, avoidance of direct communication, pressuring Plaintiff to abandon her complaint, and convening a sham IEP meeting—undermined Plaintiff's advocacy, excluded her from participation, and retaliated against her for asserting her rights.
8. In its due process response, Defendant stated that claims for breach of the June 18, 2025 Mediation Agreement belong in state or federal court. Plaintiff therefore brings this breach claim properly before this Court.

## 4. Claims

### Count I – Retaliation under the ADA (42 U.S.C. § 12203)

Defendant retaliated against Plaintiff for engaging in protected activity, including filing complaints and requesting records. Retaliatory acts included pressuring Plaintiff to withdraw her complaint, avoiding communication, and denying meaningful participation in educational processes.

### Count II – Retaliation and Exclusion under Section 504 (29 U.S.C. § 794)

Defendant, as a recipient of federal financial assistance, retaliated against and excluded Plaintiff by withholding records, misrepresenting IEP participation, and undermining her ability to advocate effectively.

### Count III – Breach of Settlement Agreement (State Law)

Defendant acknowledged that breach claims must be filed in state or federal court. Defendant breached the June 18, 2025 Mediation Agreement by failing to convene a valid IEP meeting, failing to ensure required participants were present, misrepresenting attendance, and failing to provide timely and complete records.

## 5. Relief Requested

Plaintiff respectfully requests that this Court:

1. Declare that Defendant violated the ADA and Section 504.
2. Enter injunctive relief requiring Defendant to cease retaliation, provide complete records, and convene meetings with proper participation.
3. Award Plaintiff compensatory damages for emotional distress, humiliation, and exclusion.
4. Award Plaintiff damages for Defendant's breach of the June 18, 2025 Mediation Agreement.
5. Award Plaintiff costs and such other relief as the Court deems just and proper.

## 6. Jury Demand

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

Date: September 9, 2025

**Desiree Knight, Pro Se**
3939 Mathis Street
Macon, GA 31206
(478) 415-5187
desi.knight8112@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2025, I served a true and correct copy of the foregoing **Complaint** upon Defendant's counsel by **U.S. Mail, first-class postage prepaid**, and additionally transmitted a courtesy copy by **electronic mail**, addressed as follows:

**MaryGrace B. Kittrell**
Parker Poe Adams & Bernstein LLP
1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
Tel: (678) 690-5700
Email: **marygracekittrell@parkerpoe.com**

**Clerk of Court**
Office of the Clerk
United States District Court
Middle District of Georgia – Macon Division
475 Mulberry Street Macon,
GA 31201

Respectfully submitted,

Date: September 9th, 2025

**Desiree Knight, Pro Se**
3939 Mathis Street
Macon, GA 31206 (478) 415-5187
desi.knight8112@gmail.com