IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DESIREE KNIGHT,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:25-CV-390 (MTT) |
| **BIBB COUNTY SCHOOL DISTRICT,** | ) |
| **Defendant.** | ) |

## ORDER

Pro se plaintiff Desiree Knight filed this lawsuit against the Bibb County School District. ECF 1. Knight also moved to proceed *in forma pauperis* ("IFP"). ECF 2. The Court granted Knight's motion to proceed IFP and ordered Knight to file an amended complaint no later than October 14, 2025. ECF 3.

The time for compliance passed without a response from Knight. As a result, Knight was ordered to respond and show cause why his lawsuit should not be dismissed for failing to follow the Court's orders and instructions. ECF 4. Knight was given until November 17, 2025 to comply with the Court's orders and instructions and warned that failure to comply could result in dismissal of this action. *Id*. In response, Knight moved for an extension of time to amend her complaint. ECF 5; 6. The Court granted Knight's motion for an extension and gave Knight until December 18, 2025 to amend her complaint. ECF 6.

The time for compliance has again passed without a response from Knight. As Knight was previously warned, the failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may

-2-

dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]. Accordingly, Knight's complaint (ECF 1) is **DISMISSED without prejudice**.

**SO ORDERED**, this 16th day of January, 2026.

    S/ Marc T. Treadwell
    MARC T. TREADWELL, JUDGE
    UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).