IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DESIREE KNIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00390-MTT |
| | * |
| BIBB COUNTY SCHOOL DISTRICT, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 16th day of January, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk